# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0686
_____

MICHAEL PATRICK RAHN,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Bay County.
John L. Fishel, II, Judge.

May 7, 2018


PER CURIAM.

　　AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Patrick Rahn, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.